IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREE BOHANNON, | : | Civil No. 3:23-cv-1312 |
| Plaintiff | : | |
| v. | : | (Judge Mariani) |
| LIEUTENANT TREVETHAN, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this _____ day of December, 2024, upon consideration of Defendants' motion (Doc. 44) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 44) is **GRANTED in part** and **DENIED in part**.

2. Defendants' motion to dismiss the claims against Defendants Trevethan and Berlew based on lack of personal involvement is **DENIED**.

3. Defendants' motion is **DENIED** with respect to Plaintiff's First Amendment retaliation claim against Defendants Trevethan and Berlew.

4. The motion is **GRANTED** in all other respects. The Clerk of Court is directed to **NOTE** on the docket that Defendants Fagan, Hogan, Moore, Ransom, and Little are terminated.

5. Defendants Trevethan and Berlew shall **FILE** an answer to the surviving First Amendment retaliation claim on or before January 9, 2025.

6. On or before January 9, 2025, the parties shall **NOTIFY** the Court of their willingness to consent to the jurisdiction of a United States Magistrate Judge. *See* 28 U.S.C. § 636(c).

7. Discovery shall be completed on or before March 19, 2025. In accordance with Local Rule of Court 5.4 (b), the parties shall refrain from filing discovery requests with the Court.

8. Dispositive motions shall be filed on or before April 18, 2025.

9. No extensions of the pre-trial schedule shall be granted absent good cause. *See* FED. R. CIV. P. 16(b).

10. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

11. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

12. Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge